UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
OCT 22 2018
Clerk, U.S. District and
Bankruptcy Courts

| | |
|---|---|
| DEBORAH DIANE FLETCHER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 1:18-cv-02163 (UNA) |
| ) | |
| UPS MANAGER, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint ("Compl.") and application for leave to proceed *in forma pauperis* ("IFP"). The Court will grant the IFP application and dismiss the case for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring the court to dismiss an action "at any time" if it determines that the subject matter jurisdiction is wanting).

While plaintiff lists a "general delivery" address in Washington D.C.,[1] she avers that she is a "resident of Miami, Florida." Compl. at 2. She "bring[s] a claim against UPS locate[d] in Orlando, Florida." *Id.* Plaintiff alleges that she attempted to ship six boxes from Florida to Landover, Maryland, by way of UPS. *Id.* She further alleges that the boxes were lost and never received. *Id.* She seeks $6 million dollars in damages. *Id.* at 3.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts

---

[1] A general delivery address is improper. "The first filing by or on behalf of a party shall have in the caption the name and *full residence address* of the party." District of Columbia LCvR 5.1(c) (emphasis added).

1

that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff fails to raise any federal question. She also fails to satisfy the burden to establish diversity jurisdiction. Therefore, this case will be dismissed for want of subject matter jurisdiction. A separate Order accompanies this Memorandum Opinion.

Date: October __16__, 2018

United States District Judge